IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DEVEARL BACON, | § | |
| | § | No. 486, 2025 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. N24C-12-082 |
| MARK PURNELL and HERBERT | § | |
| W. MONDROS, ESQ., | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: December 30, 2025
Decided: January 16, 2026

On December 11, 2025, the Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to comply with Supreme Court Rule 42 in appealing an interlocutory order. Postal records show that the notice to show cause was delivered on December 17, 2025. A timely response to the notice to show cause was due by December 29, 2025. To date, the appellant has not responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice